No. 45904.—Protest 11828–K of American Locomotive Co. (New York).

Opinion by KEEFE, J.   The evidence fully established that the reimported article was the identical blower exported for repairs and the protest was sustained:
**No. 45905.**—Protest 37774–K of Henry Obre (Tampa).